```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CHARLES KENYATTA, JR.,

                Plaintiff,         25-cv-1973 (JGK)

    - against -                 ORDER

SHANAE HALL, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons explained in this Court's April 17, 2025 Order and agreed to by the plaintiff, see ECF Nos. 10-11, this action should be transferred to the Middle District of Florida. The Clerk of the Court is directed to transfer this case to the Middle District of Florida and to close the case on the docket of this Court.

SO ORDERED.

Dated:    New York, New York
           April 24, 2025

                                                                John G. Koeltl
                                     United States District Judge